■ BOMBARDIER CAPITAL INC., Respondent, v SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C., Appellant. [847 NYS2d 532]—Order, Supreme Court, New York County (Edward H. Lerner, J.), entered July 24, 2007, which denied respondent's motion to quash a nonparty subpoena duces tecum, unanimously reversed, on the law, without costs, and the matter remanded for an in camera inspection of the demanded documents and a determination of respondent's claims of privilege.

Respondent having moved, on the basis of the attorney work-product privilege, to quash the subpoena duces tecum issued pursuant to a commission issued by a Florida court, it was incumbent upon the motion court to review the subpoena for its inclusion of such privileged material (*Matter of Kirkland & Ellis v Chadbourne & Parke*, 176 Misc 2d 73, 77 [1998]; *see generally Matter of Stenovich v Wachtell, Lipton, Rosen & Katz*, 195 Misc 2d 99 [2003]).

Accordingly, the action is remanded for inspection of the demanded documents and a determination of respondent's claims of attorney work product and documents prepared in anticipation of litigation (*see e.g. Massachusetts Bay Ins. Co. v Stamm*, 268 AD2d 276 [2000]). Concur—Tom, J.P., Andrias, Gonzalez and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH CUASCUT, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, New York County (Michael Ambrecht, J.), rendered on or about April 4, 2006, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Nardelli and Catterson, JJ.